No. 73–1546.  MANZELLA v. ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 73–1551.  TRANS WORLD AIRLINES, INC. v. DELTA AIR LINES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 73–1567.  DART INDUSTRIES, INC. v. E. I. DU PONT DE NEMOURS & CO.  C. A. 7th Cir.  Certiorari denied.

No. 73–1637.  TRICO PRODUCTS CORP. v. ROBERK CO. C. A. 2d Cir.  Certiorari denied.

No. 73–5569.  DAVIS v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 73–5938.  HARRISON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6239.  MILLER, AKA TAYLOR v. RICHERT ET AL. C. A. 9th Cir.  Certiorari denied.

No. 73–6267.  SMITH v. VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 73–6294.  SOUZA v. MULLEN, WARDEN.  C. A. 1st Cir.  Certiorari denied.

No. 73–6297.  TYLER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–6307.  TORSKE ET AL. v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 9th Cir.  Certiorari denied.

No. 73–6315.  CARTER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.